MARY A. EMANUEL, Appellant, *v.* LONG ISLAND RAIL-
ROAD COMPANY, Respondent.

Argued March 11, 1938; decided April 12, 1938.

*Louis Bergner* and *Solomon Millendorf* for appellant.
*Paul Tison* and *Louis J. Carruthers* for respondent.

Judgment of the Appellate Division reversed and that
of the Trial Term affirmed, with costs in this court and

in the Appellate Division. There was a question of fact for the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.